**Opinion issued July 23, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00333-CV

————————————

## IN RE KELLI A. ANDERSON, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Kelli A. Anderson has filed a petition for writ of mandamus requesting that this Court vacate the trial court's March 26, 2024 order granting Third-Party Defendants Posillico, Inc., Posillico Civil, Inc., and Tom Posillico's Special Exceptions.[1]

---

[1] The underlying case is *Michael R. Anderson v. Kelli A. Anderson*, cause number 22-DCV-295405, pending in the 505th District Court of Fort Bend County, Texas, the Honorable Kali Morgan presiding.

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.